UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CASES TO BE TRANSFERRED TO THE CALENDAR OF THE HONORABLE RUTH BERMUDEZ MONTENEGRO | **ORDER OF TRANSFER** |

The following cases are transferred from the calendar of the Honorable Gonzalo P. Curiel to the calendar of the Honorable Ruth Bermudez Montenegro. After this transfer, the case number should be changed to reflect the initials of Judge Montenegro. Therefore, in all case numbers, the "GPC" that appears after the case number should be changed to "RBM." The assigned magistrate judge will remain the same. This change should be made on all future filings to ensure that all documents are properly sent to Judge Montenegro. All dates currently set before Judge Curiel shall remain as currently scheduled. Dates before the Magistrate Judge are unaffected by this Order.

1.  3:2021-cv-1607, *Colestock et al. v. Liberty Insurance Company et al.*
2.  3:2020-cv-0234, *Pacific Resources Associates LLC v. Suzy Cleaners et al.*
3.  3:2021-cv-1554, *Nelson v. Sorrento Tower Apartments et als.*
4.  3:2021-cv-1902, *Correia v. Costco Wholesale Corp. et al.*
5.  3:2021-cv-1502, *Guerrero v. United States Gypsum Company et al.*

1    6.     3:2020-cv-1908, *Roditi v. New River Investments*

2    7.     3:2017-cv-1543, *Bomatic v. Milicron*

3    8.     3:2021-cv-0155, *Greco DO et al. v. Matthew Todd Ahern DO et al.*

4    9.     3:2022-cv-0426, *Escobedo v. Kohl*

5    10.    3:2020-cv-1765, *Jerome's Furniture Warehouse v. Ashley Furniture, Inc. et al.*

6    11.    3:2021-cv-1649, *Kabiri v. Progressive Casualty Ins. Co. et al.*

**IT IS SO ORDERED**.

Dated: April 12, 2022

Hon. Gonzalo P. Curiel
United States District Judge